# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. ESLICK, et al.,<br><br>　　　　　Defendant. | 1:21-cv-00769-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. No 12) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On June 4, 2021, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the court granted Plaintiff's previous application to proceed in forma pauperis in the present case on May 19, 2021, IT IS HEREBY ORDERED that Plaintiff's application of June 4, 2021, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **June 7, 2021**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1