1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  GUILLERMO NUNO, | ) Case No.: 1:21-cv-00769-SAB (PC) |
| 12            Plaintiff, | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) RANDOMLY ASSIGN A DISTRICT JUDGE TO |
| 13      v. | ) THIS ACTION |
| 14  ESLICK, et al., | ) FINDINGS AND RECOMMENDATIONS |
| | ) RECOMMENDING DISMISSAL OF CERTAIN |
| 15            Defendants. | ) CLAIMS |
| 16 _____ | ) (ECF Nos. 16, 17) |

17         Plaintiff Steven Deon Turner, Jr., is proceeding *pro se* in this civil rights action pursuant to 42

18  U.S.C. § 1983.

19         On July 30, 2021, the undersigned screened Plaintiff's complaint and found that Plaintiff stated

20  a cognizable claim for deliberate indifference against Defendants Eslick and Flores, and a cognizable

21  retaliation claim against Defendants Satterfield and Flores.  (ECF No. 16.)  However, Plaintiff was

22  advised that he failed to state any other cognizable claims.  (Id.)  Plaintiff was granted the opportunity

23  to file an amended complaint or a notice of intent to proceed on the claim found to be cognizable.

24  (Id.)

25         On August 10, 2021, Plaintiff notified the Court of his intent to proceed on the deliberate

26  indifference claim against Defendants Eslick and Flores and retaliation claim against Defendants

27  Satterfield and Flores.  (ECF No. 17.)  Accordingly, the Court will recommend that this action proceed

28  against Defendants Eslick, Flores and Satterfield.  Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S.

1

662, 678 (2009); <u>Bell Atlantic Corp. v. Twombly</u>, 550 U.S. 544, 555 (2007); <u>Hebbe v. Pliler</u>, 627 F.3d 338, 342 (9th Cir. 2010).

Based on the foregoing, it is HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1.      This action proceed against Defendants Eslick and Flores for deliberate indifference, and against Defendants Satterfield and Flores for retaliation; and

2.      All other claims be dismissed for failure to state a cognizable claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  <u>Wilkerson v. Wheeler</u>, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing <u>Baxter v. Sullivan</u>, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   __**August 11, 2021**__

UNITED STATES MAGISTRATE JUDGE

2