1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO NUNO, | ) Case No.: 1:21-cv-00769-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER VACATING WRIT OF HABEAS |
| | ) CORPUS AD TESTIFICANDUM |
| ESLICK, et al., | ) (ECF No. 34) |
| Defendants. | ) |

Plaintiff Guillermo Nuno is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

By way of separate order, the Court has vacated the settlement conference set for April 12, 2022, before Magistrate Judge Barbara A. McAuliffe. Therefore, the writ of habeas corpus ad testificandum to produce Plaintiff for the settlement conference issued on March 11, 2022 (ECF No. 34) is HEREBY VACATED. <u>The Clerk of Court shall serve a copy of this order on the litigation coordinator at Mule Creek State Prison.</u>

IT IS SO ORDERED.

Dated:   **March 22, 2022**

UNITED STATES MAGISTRATE JUDGE