1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 EASTERN DISTRICT OF CALIFORNIA

9

10 | GUILLERMO NUNO, | Case No. 1:21-cv-00769-ADA-SAB (PC) |

Plaintiff,

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME TO
FILE AN OPPOSITION AND DENYING,
WITHOUT PREJUDICE, PLAINTIFF'S
MOTION TO COMPEL DISCOVERY

11 v.

12 D. ESLICK, et al.,

13 Defendants. (ECF No. 61)

14

15

16      Plaintiff Guillermo Nuno is proceeding pro se and in forma pauperis in this civil rights

17 action filed pursuant to 42 U.S.C. § 1983.

18      Currently before the Court is Plaintiff's motion for an extension of time and to compel

19 discovery, filed May 30, 2023.  In his motion, Plaintiff requests an extension of the scheduling

20 order "for the reasons of property issues during transfer, and health issues and mental health issues

21 and lack of law library access …" (ECF No. 61.)  On the basis of good cause, the Court will grant

22 Plaintiff thirty days to file an opposition to Defendants' pending motion to dismiss.

23      Plaintiff also submits that he has requested several documents from Defendants which he

24 has yet to receive.  Plaintiff's motion to compel must be denied, without prejudice.

25      Generally, if the responding party objects to a discovery request, the party moving to

26 compel bears the burden of demonstrating why the objections are not justified. Grabek v.

27 Dickinson, No. CIV S-10-2892 GGH P, 2012 WL 113799, at *1 (E.D. Cal. Jan. 13, 2012);

28 Womack v. Virga, No. CIV S-11-1030 MCE EFB P, 2011 WL 6703958, at *3; Mitchell v. Felker,

1

1  No. CV 08-119RAJ, 2010 WL 3835765, at *2 (E.D. Cal. Sep. 29, 2010); Ellis v. Cambra, No.

2  1:02-cv-05646-AWI-SMS PC, 2008 WL 860523, at *4 (E.D. Cal. Mar. 27, 2008).  This requires

3  the moving party to inform the Court which discovery requests are the subject of the motion to

4  compel, and, for each disputed response, why the information sought is relevant and why the

5  responding party's objections are not meritorious. Grabek, 2012 WL 113799, at *1; Womack,

6  2011 WL 6703958, at *3; Mitchell, 2010 WL 3835765, at *2; Ellis, 2008 WL 860523, at *4.

7  However, the Court is vested with broad discretion to manage discovery and notwithstanding

8  these procedures, Plaintiff is entitled to leniency as a pro se litigant; therefore, to the extent

9  possible, the Court endeavors to resolve his motion to compel on its merits. Hunt v. County of

10  Orange, 672 F.3d 606, 616 (9th Cir. 2012); Surfvivor Media, Inc. v. Survivor Productions, 406

11  F.3d 625, 635 (9th Cir. 2005); Hallett v. Morgan, 296 F.3d 732, 751 (9th Cir. 2002).

12      As an initial matter, Plaintiff has failed to attach a copy of the discovery requests at issue.

13  In addition, Plaintiff has not individually addressed any particular discovery request, nor

14  demonstrate that any specific response thereto is deficient.  Accordingly, Plaintiff's motion to

15  compel discovery shall be denied, without prejudice.

16      Based on the foregoing, it is HEREBY ORDERED that:

17      1.    Plaintiff is granted thirty (30) days from the date of service of this order to file an

18            opposition to Defendants' motion to dismiss; and

19      2.    Plaintiff's motion to compel discovery is denied, without prejudice.

20

21  IT IS SO ORDERED.

22  Dated:   **May 31, 2023**

                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2