# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ESLICK, et al.,<br><br>　　　　Defendants. | Case No. 1:21-cv-00769-ADA-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 63) |

Plaintiff Guillermo Nuno is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to modify the scheduling order, filed June 12, 2023.

On the basis of good cause, Defendants' request is granted and the discovery and dispositive motion deadlines are VACATED, to be reset if necessary after resolution of the pending motion to dismiss.

IT IS SO ORDERED.

Dated: **June 13, 2023**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1