UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>          Plaintiff,<br><br>    v.<br><br>D. ESLICK, et al.<br><br>          Defendants. | No.  1:21-cv-00769-ADA-SAB (PC)<br><br>AMENDED SCHEDULING ORDER<br><br>Discovery Deadline: December 12, 2023<br><br>Dispositive Motion Deadline: January 11, 2024 |

    Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

    On August 30, 2023, Defendants' motion to dismiss was denied, and Defendants Eslick and Flores filed an answer to the first amended complaint.  (ECF Nos. 71, 72.)

    Inasmuch as the Court previously vacated the discovery and dispositive motion deadlines to be reset after final ruling on Defendants' motion to dismiss, it is HEREBY ORDERED that:

    1.    The discovery deadline is extended to **December 12, 2023**;

    2.    The dispositive motion deadline is extended to **January 11, 2024**; and

    3.    All other substantive provisions of the Court's March 22, 2022, discovery and scheduling order remain in force.

IT IS SO ORDERED.

Dated:  **September 13, 2023**                                       
                                                                              UNITED STATES MAGISTRATE JUDGE