UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>         Plaintiff,<br><br>    v.<br><br>D. ESLICK, et al.<br><br>         Defendants. | No.  1:21-cv-00769-NODJ-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION, FILED ON FEBRUARY 16, 2024<br><br>(ECF No. 81) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On December 12, 2023, the Court granted, in part, Plaintiff's motion to modify the scheduling order and extended the discovery and dispositive motions deadlines by two months, respectively.  (ECF No. 77.)

On February 16, 2024, Plaintiff filed a motion for reconsideration of the Court's December 16, 2023, order.  (ECF No. 81.)  Defendants have not file an opposition or statement of non-opposition to Plaintiff's motion.

In cases in which one party is incarcerated and proceeding without counsel, motions ordinarily are submitted on the record without oral argument. Local Rule 230(l).  "Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21), days after the date of service of the motion." Id. A responding party's failure "to

file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." Id.

Accordingly, it is HEREBY ORDERED that, within 10 days of the date of this order, Defendants shall file either an opposition or statement of no opposition to Plaintiff's motion for reconsideration, field on February 16, 2024 (ECF No. 81).

IT IS SO ORDERED.

Dated:   **March 13, 2024**                                  _____
                                                              UNITED STATES MAGISTRATE JUDGE