UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>D. ESLICK, et al.<br><br>　　　　　　Defendants. | No. 1:21-cv-00769-KES-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A SUR-REPLY ON OR BEFORE MAY 13, 2024<br><br>(ECF No. 92) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　On February 16, 2024, Plaintiff filed a motion for reconsideration of the Court's December 12, 2023, order.  (ECF No. 81.)  Defendants filed an opposition to Plaintiff's motion for reconsideration on March 21, 2024, and Plaintiff filed a reply on April 22, 2024.  (ECF Nos. 86, 92.)  Based on the additional arguments presented in Plaintiff's reply, the Court finds good cause to warrant the filing of a sur-reply by Defendants in order to properly analyze Plaintiff's motion for reconsideration. See, e.g., Thornton v. Cates, No. 1:11–cv–01145–GSA–PC, 2013 WL 2902846, at *1 (E.D. Cal. June 13, 2013) (court has discretion to allow sur-reply where valid reason for additional briefing exists).  Accordingly, it is HEREBY ORDERED that Defendants shall file a sur-reply to Plaintiff's reply on or before **May 13, 2024**.

IT IS SO ORDERED.

Dated:　**May 2, 2024**　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1