UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>  Plaintiff,<br><br> v.<br><br>D. ESLICK, et al.<br><br>  Defendants. | No. 1:21-cv-00769-KES-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO COMPEL, FILED ON MAY 6, 2024<br><br>(ECF No. 94) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 6, 2024, Plaintiff filed a motion to compel discovery. (ECF No. 94.) Defendants have not filed an opposition or statement of no opposition. Local Rule 230(l). Accordingly, on or before **June 7, 2024**, Defendants shall file a response to Plaintiff's motion to compel, filed on May 6, 2024 (ECF No. 94).

IT IS SO ORDERED.

Dated: **May 30, 2024**

UNITED STATES MAGISTRATE JUDGE

1