UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ESLICK, et al.<br><br>　　　　　Defendants. | No.  1:21-cv-00769-KES-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE A REPLY<br><br>(ECF No. 101) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 6, 2024, Plaintiff filed a motion to compel. (ECF No. 94.)  Pursuant to Court order, Defendants filed an opposition on June 5, 2024. (ECF No. 99.)

On June 7, 2024, the Court denied Plaintiff's motion for reconsideration and implicitly determined that a reply by Plaintiff would not be necessary to rule on Plaintiff's motion for reconsideration.  Accordingly, Plaintiff's motion to file a reply to Defendants' opposition is denied.

IT IS SO ORDERED.

Dated:  **June 11, 2024**

　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE