UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br><br>          Plaintiff,<br><br>   v.<br><br>D. ESLICK, et al.<br><br>          Defendants. | No. 1:21-cv-00769-KES-SAB (PC)<br><br>ORDER ADVISING PARTIES THAT MOTION FOR SUMMARY JUDGMENT IS DEEMED SUBMITTED FOR REVIEW WITHOUT FURTHER BRIEFING<br><br>(ECF No. 112) |

      Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

      On March 8, 2024, Defendants filed a motion for summary judgment. (ECF No. 82.) After receiving three extensions of time, Plaintiff filed an opposition on August 2, 2024, and Defendants filed a reply on September 20, 2024. (ECF Nos. 106, 109.)

      On October 7, 2024, Plaintiff filed a motion for leave and copy of a sur-reply. (ECF No. 110.)

      On November 8, 2024, the Court granted Plaintiff's motion to file a sur-reply. (ECF No. 111.)

      Defendants now seek to set a briefing schedule to file a sur-reply or deem the motion for summary judgment submitted for review. (ECF No. 112.) Inasmuch as Plaintiff filed a copy of the sur-reply along with his motion requesting leave to do so, Defendants' motion for summary

judgment is DEEMED submitted for review as of November 8, 2024, and no further briefing is due or permitted.

IT IS SO ORDERED.

Dated: **February 13, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2