UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO, | No. 1:21-cv-00769-KES-SAB (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF DOCUMENTS |
| v. | (ECF No. 136) |
| D. ESLICK, et al. | |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for a copy of court documents, filed July 6, 2026. (ECF No. 136.)

On January 14, 2026, Defendants filed a motion for summary judgment. On April 3, 2026, Defendants filed a notice of non-opposition by Plaintiff. (ECF No. 128.)

On May 1, 2026, the Court issued Findings and Recommendations recommending Defendants' motion for summary judgment be granted. (ECF No. 129.)

On May 15, 2026, Plaintiff filed a motion for appointment of counsel and request for a six-month extension of time to file a belated opposition to Defendants' motion for summary judgment. (ECF No. 131.) On this same date, the Court denied Plaintiff's motion for appointment of counsel, but granted Plaintiff a sixty-day extension of time to file an opposition and directed

1

the Clerk of Court to send Plaintiff a courtesy copy of the Defendants' motion for summary judgment.  (ECF No. 132.)

In his current motion, Plaintiff requests a copy of: (1) "Plaintiff's opposition to defendants' motion for summary judgment, 2024, 12 pages approx."; (2) "Plaintiff's motion for reconsideration, 2024, 5 pages approximately"; (3) "Plaintiff's  responses on defendants' 1st set of undisputed facts – in which every one [sic] was answered and turned in, 2023/2024."[1]  (ECF No. 136.)

Plaintiff's motion will be denied.  The Clerk of Court does not ordinarily provide free copies of case documents to parties. The Clerk's Office charges $.50 per page for copies of documents, and copies of a document up to twenty-five pages may be made upon written request and prepayment of the copy fees. See 28 U.S.C. § 1914(b). The fact that the Court has granted leave for Plaintiff to proceed in forma pauperis does not entitle him to free copies of documents. Pursuant to 28 U.S.C. § 2250, the Clerk's Office is not required to furnish copies without cost to an indigent litigant except by order of the judge.  Indeed, as stated in the Court's May 15, 2026, order, the Court made "a one-time exception" to send Plaintiff a courtesy copy of Defendants' motion for summary judgment to facilitate in filing an opposition.  (ECF No. 132.) Notwithstanding the failure to pay, Plaintiff has failed to demonstrate any reason why a copy of such documents is necessary to file an opposition.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for copies (ECF No. 136) is DENIED.

IT IS SO ORDERED.

Dated:   __July 9, 2026__                          _____

STANLEY A. BOONE
United States Magistrate Judge

---

[1] The Court notes that Plaintiff's August 2, 2024, opposition to Defendants' prior motion for summary judgment is 286 pages (ECF No 106), and Plaintiff's February 16, 2024, motion for reconsideration is pages (ECF No. 81).

2