UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO NUNO,<br>Plaintiff,<br>v.<br>D. ESLICK, et al.<br>Defendants. | No. 1:21-cv-00769-KES-SAB (PC)<br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION<br>(ECF No. 138) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's second motion for an extension of time to file an opposition to Defendants' motion for summary judgment, filed July 13, 2026. (ECF No. 138.)

On the basis of good cause, Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition. However, no further extensions of time will be granted absent extraordinary circumstances, not present here.

IT IS SO ORDERED.

Dated: **July 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge